# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CHARLIE BALTRUSCH**                                              **PLAINTIFF**
**ADC #185773**

**v.**                            **No. 4:26-cv-82-DPM**

**SIMMONS PREPARED FOODS,**
**Human Resource Office**                                          **DEFENDANT**

## ORDER

Baltrusch submitted this 42 U.S.C. § 1983 case for filing in this district.   His claims, however, rise from an allegation that he was wrongly terminated by Simmons when he was employed at its plant in Gentry, Arkansas. *Doc. 2.* From the facts that Baltrusch alleged and the defendant that he named, venue properly lies in the District Court for the Western District of Arkansas.  28 U.S.C. § 1391(b).  The Court finds that the interests of justice would be best served by transferring this case.  28 U.S.C. § 1406(a).  The Court directs the Clerk to transfer the entire case file to the United States District Court for the Western District of Arkansas.  The transfer is immediate because the receiving Court is also in the Eighth Circuit. *Compare In re Nine Mile Limited,* 673 F.2d 242, 243 (8th Cir. 1982).

- 2 -

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

7 April 2026