**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETEVILLE DIVISION**

**CHARLIE BALTRUSCH**                                                                 **PLAINTIFF**

**V.**                                                **CASE NO. 5:26-CV-5073**

**SIMMONS PREPARED FOODS**                                              **DEFENDANT**

**ORDER**

Now before the Court is the Report and Recommendation (Doc. 11) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, **IT IS ORDERED** that upon preservice screening the case is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief may be granted and for lack of subject matter jurisdiction.

**IT IS SO ORDERED** on this 22nd day of June, 2026.

                                                            /s/ Timothy L. Brooks
                                                            TIMOTHY L. BROOKS
                                                            CHIEF UNITED STATES DISTRICT JUDGE