**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETEVILLE DIVISION**

**CHARLIE BALTRUSCH**                                                          **PLAINTIFF**

**V.**                                    **CASE NO. 5:26-CV-5073**

**SIMMONS PREPARED FOODS**                                        **DEFENDANT**

## ORDER

Now before the Court is the Report and Recommendation ("R&R") (Doc. 11) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. On June 23, 2026, Plaintiff Charlie Baltrusch filed Objections to the R&R (Doc. 13), which triggered this Court's *de novo* review of the case.

Mr. Baltrusch sued his former employer, Simmons Prepared Foods, for violating his constitutional rights under 42 U.S.C. § 1983. However, as the R&R correctly explains, a § 1983 claim is implausible because Simmons is not a state actor and Mr. Baltrusch does not allege that Simmons acted under color of state law. The Magistrate Judge considered whether Mr. Baltrusch perhaps intended to bring a different federal claim against Simmons, but, given the facts, she concluded that no other federal law violation was obvious—including a cause of action under the Family and Medical Leave Act. For these reasons, the Magistrate Judge recommended dismissing the Complaint.

Mr. Baltrusch explains in his Objections that he sued Simmons under § 1983 because he thought it was the only cause of action available to him. He does not point to any other plausible federal claim. Instead he says he intends to consult a lawyer once he is released from prison and requests that the Court refrain from dismissing the Complaint in the meantime. The Court declines Mr. Baltrusch's request but advises him that his case

is being dismissed "without prejudice," which means the Court is not ruling on the merits, and if he later finds he can make out a plausible violation of law, he may file a new complaint.

**IT IS THEREFORE ORDERED** that the Objections are **OVERRULED** and the R&R **ADOPTED IN ITS ENTIRETY**. The Complaint is **DISMISSED WITHOUT PREJUDICE** upon preservice screening under 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief may be granted and for lack of subject matter jurisdiction.

**IT IS SO ORDERED** on this 15th day of June, 2026.

TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE